IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

INEZ CLARK                                                                                          PLAINTIFF

v.                                                                                          3:18-cv-445-HTW-LRA

ASSISTING ANGELS, LLC
WADE LOGAN, and
LINDA LOGAN                                                                                      DEFENDANTS

---

**Order of Dismissal**

---

Based on an out of court settlement reached by the parties, this case is hereby dismissed with prejudice with all parties to bear their own costs.

So ordered, April 11, 2019.

/s/HENRY T. WINGATE
United States District Judge

Agreed:

 _/s/ Nick Norris_____
Louis Watson   louis@ watsonnorris.com
Nick Norris   nick@watsonnorris.com
Watson & Norris, PLLC.
1880 Lakeland Drive, Suite G
Jackson, MS 39216

Attorneys for Plaintiff

 _/s/ Mike Farrell_____
Mike Farrell
Law Office of Mike Farrell, PLLC
Miss. Bar # 5147
Regions Plaza, Suite 1088
210 E. Capitol Street
Jackson, MS 39201

Attorney for Defendants